CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Walter Oliverio Perez-Lopez**<br>YOB: 1997; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-06841MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 14, 2025, at or near Vamori, in the District of Arizona, **Walter Oliverio Perez-Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on August 30, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Walter Oliverio Perez-Lopez** is a citizen of Guatemala. On August 30, 2023, **Walter Oliverio Perez-Lopez** was lawfully denied admission, excluded, deported and removed from the United States through Alexandria, Louisiana. On September 14, 2025, agents found **Walter Oliverio Perez-Lopez** in the United States at or near Vamori, Arizona, without the proper immigration documents. **Walter Oliverio Perez-Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>September 15, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Houston